No. 11–7261. ADAMS, AKA CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7266. PARKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7267. DENHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7268. CUATANTE-CUATANTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7269. COBOS-CHACHAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7272. DIAZ, AKA MARTINE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7278. LUNA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–7279. TOLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7281. ROMINES, AKA ROMINEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7283. SCROGGINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7288. D'AGOSTINO v. COMMUNICATIONS-ELECTRONICS COMMAND, RESEARCH, DEVELOPMENT, AND ENGINEERING CENTER, DEPARTMENT OF THE ARMY, FORT MONMOUTH. C. A. 3d Cir. Certiorari denied.

No. 11–7289. EZE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–7290. EASON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

